IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JUL 19 P 3: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

SUE F. BRADLEY,

      Plaintiff,

      vs.

GUIDANT CORPORATION, et al,

      Defendants.

CIVIL ACTION NO.
3:07-CV-661-MHT

(removed from the Circuit Court
of Randolph County, Alabama,
CV-07-85)

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants Guidant Corporation and Guidant Sales Corporation state the following:

1.    Defendant Guidant Sales Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., which is a wholly-owned subsidiary of Guidant Corporation, which is a wholly-owned subsidiary of Boston Scientific Corporation.

2.    Based on currently available information, no publicly held company or investment fund holds a 10% or greater ownership interest in Boston Scientific Corporation.

Respectfully submitted this the 19th day of July 2007.

1

_____

Andrew B. Johnson (JOH168)
One of the attorneys for Defendants
Guidant Corporation and Guidant
Sales Corporation

OF COUNSEL:

Fred M. Haston, III (HAS012)
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8810 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Thomas J. Knight
HUBBARD & KNIGHT
1125 Noble Street
P.O. Box 1850
Anniston, Alabama 36202

Steve R. Morris
Morris Law Office
P.O. Box 814
Wedowee, Alabama 36278

*Counsel for Plaintiff*

Michael K. Wright Esq.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
*Counsel for Michael Aikens, M.D.*

via U.S. Mail this 19th day of July, 2007.

_____
Of Counsel

3