IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 JUL 19  P 3: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SUE F. BRADLEY,<br><br>Plaintiff,<br><br>vs.<br><br>GUIDANT CORPORATION, et al,<br><br>Defendants. | CIVIL ACTION NO.<br>3:07-CV-661 MHT<br><br>(removed from the Circuit Court of Randolph County, Alabama, CV-07-85) |

## MOTION TO DISMISS

Without waiving any other defense he may have to this lawsuit, Defendant Linda Garmon ("Garmon") moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Garmon states that she has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Defendant Guidant Corporation and Guidant Sales Corporation's Notice of Removal.

DATED this 19th day of July 2007.

_____
Andrew B. Johnson (JOH168)
One of the attorneys for
Linda Garmon

OF COUNSEL:
Fred M. Haston, III (HAS012
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8810 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:

Thomas J. Knight
HUBBARD & KNIGHT
1125 Noble Street
P.O. Box 1850
Anniston, Alabama 36202

Steve R. Morris
Morris Law Office
P.O. Box 814
Wedowee, Alabama 36278

*Counsel for Plaintiff*

Michael K. Wright Esq.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
*Counsel for Michael Aikens, M.D.*

via U.S. Mail this 19th day of July, 2007.

_____
Of Counsel

2