IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SUE F. BRADLEY**, | |
| Plaintiff, | |
| vs. | **CIVIL ACTION NO.** 3:07 CV 661-MHT |
| **GUIDANT CORPORATION, et al,** | |
| Defendants. | |

## MOTION TO DISMISS AND JOINDER IN MOTION TO STAY

Without waiving any other defense he may have to this lawsuit, Defendant Tab Whisenhunt ("Whisenhunt") moves to dismiss the Plaintiff's Complaint and Amendments thereto, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Whisenhunt states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Defendant Guidant Corporation and Guidant Sales Corporation's Notice of Removal.

Whisenhut further hereby joins in the Motion to Stay All Proceedings in this Court Pending Transfer to MDL 1708, previously filed by Defendants Guidant Corporation and Guidant Sales Corporation.

                                                  s/ Andrew B. Johnson
                                                  One of the Attorneys for
                                                      Tab Whisenhunt

OF COUNSEL:

Fred M. Haston, III (HAS012)
Andrew B. Johnson (JOH168)
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8810 (fax)
thaston@bradleyarant.com
ajohnson@bradleyarant.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas J. Knight
Hubbard & Knight
1125 Noble Street
P.O. Box 1850
Anniston, AL 36201

Michael K. Wright
Starnes & Atchison
P.O. Box 598512
Birmingham, Alabama 35259-8512

Steven R. Morris
108 South Main Street
P.O. Box 814
Wedowee, Alabama 36278-0814

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.

Respectfully submitted,

s/ Andrew B. Johnson

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: ajohnson@bradleyarant.com