## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **SUE F. BRADLEY**, | |
| Plaintiff, | |
| vs. | **CIVIL ACTION NO.** |
| | 3:07 CV 661-MHT |
| **GUIDANT CORPORATION, et al,** | |
| Defendants. | |

## MOTION TO DISMISS AND JOINDER IN MOTION TO STAY

Without waiving any other defense he may have to this lawsuit, Defendant Joe Nappier ("Nappier") moves to dismiss the Plaintiff's Complaint, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted. In support of this motion, Nappier states that he has been fraudulently joined to this action, and incorporates the legal arguments, citations, and exhibits in Defendant Guidant Corporation and Guidant Sales Corporation's Notice of Removal.

Nappier further hereby joins in the Motion to Stay All Proceedings in this Court Pending Transfer to MDL 1708, previously filed by Defendants Guidant Corporation and Guidant Sales Corporation.

s/ Andrew B. Johnson

One of the Attorneys for
Joe Nappier

OF COUNSEL:

Fred M. Haston, III (HAS012)
Andrew B. Johnson (JOH168)
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8810 (fax)
thaston@bradleyarant.com
ajohnson@bradleyarant.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas J. Knight                Michael K. Wright
Hubbard & Knight               Starnes & Atchison
1125 Noble Street                P.O. Box 598512
P.O. Box 1850                  Birmingham, Alabama 35259-8512
Anniston, AL 36201

Steven R. Morris
108 South Main Street
P.O. Box 814
Wedowee, Alabama 36278-0814

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

         None.

                Respectfully submitted,

                s/ Andrew B. Johnson

                Bradley Arant Rose & White LLP
                One Federal Place
                1819 Fifth Avenue North
                Birmingham, AL 35203-2104
                Telephone: (205) 521-8000
                Facsimile: (205) 521-8800
                E-mail: ajohnson@bradleyarant.com