# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SUE F. BRADLEY**, | |
| Plaintiff, | |
| vs. | **CIVIL ACTION NO.** 3:07 CV 661-MHT |
| **GUIDANT CORPORATION, et al,** | |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Linda Garmon, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒   This party is an individual.

s/ Andrew B. Johnson<br>
One of the Attorneys for<br>
Defendant Linda Garmon

OF COUNSEL:

Fred M. Haston, III (HAS012)
Andrew B. Johnson (JOH168)
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8810 (fax)
thaston@bradleyarant.com
ajohnson@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas J. Knight | Michael K. Wright |
| Hubbard & Knight | Starnes & Atchison |
| 1125 Noble Street | P.O. Box 598512 |
| P.O. Box 1850 | Birmingham, Alabama 35259-8512 |
| Anniston, AL 36201 | |

Steven R. Morris
108 South Main Street
P.O. Box 814
Wedowee, Alabama 36278-0814

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Respectfully submitted,

s/ Andrew B. Johnson

Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: ajohnson@bradleyarant.com