# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **SUE F. BRADLEY**, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 3:07 CV 661-MHT |
| **GUIDANT CORPORATION, et al,** | |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Joe Nappier, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒　　This party is an individual.

s/ Andrew B. Johnson<br>
One of the Attorneys for<br>
Defendant Joe Nappier

OF COUNSEL:

Fred M. Haston, III (HAS012)
Andrew B. Johnson (JOH168)
Bradley Arant Rose & White LLP
1819 Fifth Ave. North
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8810 (fax)
thaston@bradleyarant.com
ajohnson@bradleyarant.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas J. Knight<br>Hubbard & Knight<br>1125 Noble Street<br>P.O. Box 1850<br>Anniston, AL 36201 | Michael K. Wright<br>Starnes & Atchison<br>P.O. Box 598512<br>Birmingham, Alabama 35259-8512 |

Steven R. Morris
108 South Main Street
P.O. Box 814
Wedowee, Alabama 36278-0814

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.

      Respectfully submitted,

      s/ Andrew B. Johnson

      Bradley Arant Rose & White LLP
      One Federal Place
      1819 Fifth Avenue North
      Birmingham, AL 35203-2104
      Telephone: (205) 521-8000
      Facsimile: (205) 521-8800
      E-mail: ajohnson@bradleyarant.com

Case 3:07-cv-00661-MHT-TFM     Document 9     Filed 07/27/2007     Page 3 of 3