IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| SUE F. BRADLEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:07cv661-MHT |
| | ) | |
| GUIDANT CORPORATION, | ) | |
| et al., | ) | |
| | ) | |
|    Defendant. | ) | |

### ORDER

It is ORDERED that the motion to stay (Doc. No. 4) is set for submission, without oral argument, on August 16, 2007, with all briefs due by said date.

DONE, this the 30th day of July, 2007.

                                        /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE