IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUE F. BRADLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 3:07 CV 661-MHT |
| MICHAEL L. AIKENS, M.D., *et al.*, | ) ) ) |
| Defendants. | ) ) |

### **CONFLICT DISCLOSURE STATEMENT**

COMES NOW Michael L. Aikens, M.D., a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒   This party is an individual.

/s/Michael K. Wright
Michael K. Wright
WRI005
Attorney for Michael Aikens, M.D.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: MWright@starneslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on 31 July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Thomas J. Knight, Esq.
Hubbard & Knight
1125 Noble Street
P.O. Box 1850
Anniston, AL  36202

Fred M. (Tripp) Haston, III, Esq.
Andrew B. Johnson, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104

Steve R. Morris, Esq.
Morris Law Office
P.O. Box 814
Wedowee, AL  36278

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Roy W. Williams, Jr., Esq.
Jackson & Williams
416 1st Avenue SE
Cullman, AL  35055

                                              /s/Michael K. Wright
                                              Michael K. Wright
                                              WRI005
                                              Attorney for Michael Aikens, M.D.
                                              Starnes & Atchison LLP
                                              100 Brookwood Place, 7th Floor
                                              Birmingham, AL  35209
                                              Telephone: (205) 868-6000
                                              Fax: (205) 868-6099