## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **SUE F. BRADLEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: **3:07 CV 661-MHT** |
| | ) | |
| **MICHAEL L. AIKENS, M.D.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Sue Bradley, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: This party is an individual.

/s/Thomas J.Knight

Thomas J.(Tim)Knight
HUBBARD & KNIGHT
Attorneys at Law
1125 Noble Street
P.O. Drawer 1850
Anniston, Alabama 36201
Telephone (256) 237-9586
Facsimile (256) 237-9594

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of July , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Michael K. Wright, Esq.
Attorney for Michael Aikens, M.D.
Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
Telephone: (205) 868-6000
Fax: (205) 868-609

Fred M. (Tripp) Haston, III, Esq.
Andrew B. Johnson, Esq.
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Steve R. Morris, Esq.
Morris Law Office
P.O. Box 814
Wedowee, AL 36278

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Roy W. Williams, Jr., Esq.
Jackson & Williams
416 1st Avenue SE
Cullman, AL 35055

/s/Thomas J. Knight
Thomas J. Knight
Hubbard & Knight
1125 Noble Street
P.O. Box 1850
Anniston, AL 36202