IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SUE F. BRADLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv661-MHT |
| ) | |
| GUIDANT CORPORATION, ) | |
| et al., ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED as follows:

(1) The motion to remand (Doc. No. 16) is set for submission, without oral argument, on August 27, 2007, with all briefs due by said date.

(2) The motion for expedited hearing (Doc. No. 16) is denied.

DONE, this the 20th day of August, 2007.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE